■

**B.I.D.**

v.

**A.M.**

**3591 EDA 2016**

Superior Court of Pennsylvania.

09/01/2017

C–48–CV–2015–5404 (Northampton)

Affirmed

■

**COM.**

v.

**CHERRINGTON, O.**

**2035 MDA 2016**

Superior Court of Pennsylvania.

9/1/2017

CP–40–CR–0002889–2011
(Luzerne)

Affirmed

■

**COM.**

v.

**BROWN, A.**

**679 WDA 2016**

Superior Court of Pennsylvania.

09/01/2017

CP–02–CR–0008971–2005 (Allegheny)

Affirmed

**COM.**

v.

**YEISER, S.**

**712 WDA 2016**

Superior Court of Pennsylvania.

09/01/2017

CP–17–CR–0000200–2016
(Clearfield)

Remanded Jurisdiction Retained

■

**TYLER, R.**

v.

**TYLER, Z.**

**835 WDA 2016**

Superior Court of Pennsylvania.

09/01/2017

962 C.D. 1995
(McKean)

Affirmed

